**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ8240 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **JOSE J. ALTAMIRANO-CASTILLO,** | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: March 19, 2008        /s/ *Hanni M. Fakhoury*
                            **HANNI M. FAKHOURY**
                            Federal Defenders of San Diego, Inc.
                            Hanni_Fakhoury@fd.org
                            Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: March 19, 2008        /s/  *Hanni M. Fakhoury*
                             **HANNI M. FAKHOURY**
                             Federal Defenders of San Diego, Inc.
                             Hanni_Fakhoury@fd.org
                             Attorneys for Defendant