|   |   |
|---|---|
| 1 | Mahir T. Sherif (135021) |
|   | Law Office of Mahir T. Sherif |
| 2 | 3376 30th Street |
|   | San Diego, CA 92104 |
| 3 | Tel: (619) 297-4444 |
|   | Fax: (619) 297-4115 |
| 4 | mahirsherif@sbcglobal.net |



FILED
APR 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 08MJ8240 |
|---|---|
| Plaintiff, | ) |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| JOSE J. ALTAMIRANO, | ) |
| Defendant. | ) |

I, **JOSE J ALTAMIRANO**, hereby substitute Attorney **MAHIR T. SHERIF**, in place of Attorney, **HANNI M. FAKHOURY** of Federal Defenders of San Diego, Inc., as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

Dated: 3/24/08.

_[signature]_
**JOSE J. ALTAMIRANO**
DEFENDANT

Dated: 3/24/08

_[signature]_
**MAHIR T. SHERIF, ESQ.**
RETAINED ATTORNEY

So ordered.

_[signature]_
PETER C LEWIS
US MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 | Mahir T. Sherif (135021) |
| 2 | Law Office of Mahir T. Sherif |
|   | 3376 30th Street |
| 3 | San Diego, CA 92104 |
|   | Tel: (619) 297-4444 |
| 4 | Fax: (619) 297-4115 |
|   | mahirsherif@sbcglobal.net |

# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 08MJ8240 |
|---|---|
| Plaintiff, | ) |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| JOSE J. ALTAMIRANO, | ) |
| Defendant. | ) |

I, **JOSE J ALTAMIRANO**, hereby substitute Attorney **MAHIR T. SHERIF**, in place of Attorney, **HANNI M. FAKHOURY** of Federal Defenders of San Diego, Inc., as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

Dated: 3/27/2008

*[signature]*
**JOSE J. ALTAMIRANO**
DEFENDANT

Dated: 3/24/2008

Matthew C. Hagen

*[signature]*
~~HANNI M. FAKHOURY, ESQ.~~
~~RETAINED ATTORNEY~~
FEDERAL DEFENDERS