FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1156-IEG |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JOSE J. ALTAMIRANO-CASTILLO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 16, 2008, within the Southern District of California, defendant JOSE J. ALTAMIRANO-CASTILLO, did knowingly and intentionally import approximately 39.02 kilograms (85.84 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 15, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:mg:Imperial
4/15/08